*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  May 21, 2015                    519525
_____

In the Matter of RICHARD
    ABREU,
                    Petitioner,

            v                              MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
    et al.,
                    Respondents.
_____

Calendar Date:  March 31, 2015

Before:  Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ.

                    _____

        Richard Abreu, Cape Vincent, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondents.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review two determinations of respondent Superintendent of Cape
Vincent Correctional Facility which found petitioner guilty of
violating certain prison disciplinary rules.

        Determinations confirmed.  No opinion.

Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ., concur.


ADJUDGED that the determinations are confirmed, without costs, and petition dismissed.


ENTER:

Robert D. Mayberger
Clerk of the Court